NUMBERS 13-06-421-CR


 13-06-422-CR

 13-06-423-CR

 13-06-424-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: DAVID BAILEY

 

On Petition for Writ of Mandamus. 


MEMORANDUM OPINION
 


Before Chief Justice Valdez and Justices Rodriguez and Castillo


Memorandum Opinion Per Curiam
 


 Relator David Bailey, an inmate appearing pro se, seeks a writ of mandamus
compelling the trial court to correct the judgment in the underlying criminal matters to
reflect that the sentences imposed are to run concurrently rather than consecutively and
that the accumulation order be removed from the judgment. 

 As is the case with any mandamus proceeding, the relator has the burden to provide
a record sufficient to establish his right to mandamus relief. Walker v. Packer, 827 S.W.2d
833, 837 (Tex. 1992) (orig. proceeding); Tex. R. App. P. 52.7(a)(1) (relator must file with
his petition a copy of every document that is material to his claim for relief and that was
filed in any underlying proceeding). In this case, Bailey has not provided a mandamus
record sufficient to establish his right to the relief requested. Accordingly, the petition for
writ of mandamus is DENIED.

 

 PER CURIAM



Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this the 31st day of July, 2006.